

Signed and Filed: April 26, 2011

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

COOPER, WHITE & COOPER LLP
WILLIAM H. G. NORMAN (SBN 49942)
   wnorman@cwclaw.com
JILL B. ROWE (SBN 197713)
   jrowe@cwclaw.com
EDWARD L. SEIDEL (SBN 200865)
   eseidel@cwclaw.com
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for TONY MANNING

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:<br><br>   973 MARKET ASSOCIATES, LLC,<br><br>              Debtor. | CASE NO. 09-32014 DM 7<br><br>**[PROPOSED]**<br><br>**ORDER MODIFYING PROTECTIVE ORDERS**<br><br>Hearing Date: April 8, 2011<br>Time: 10:00 a.m.<br>Dept: 22<br>Hon. Dennis Montali |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On April 8, 2011, interested party TONY MANNING's Motion To Modify Protective Orders was heard by this Court. Having considered the Motion to Modify Protective Orders, written opposition, written joinder by Michael Murray, written reply and the arguments of counsel and,

GOOD CAUSE APPEARING THEREFOR, AND FOR THE REASONS STATED ON THE RECORD AT THE HEARING OF THIS MATTER, IT IS HEREBY ORDERED that:

    1.    The Stipulated Protective Order signed in this action on December 4, 2009 and

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

653499.153376_1
ORDER MODIFYING PROTECTIVE ORDERS

Case: 09-32014   Doc# 161   Filed: 04/26/11   Entered: 04/27/11 13:19:26   Page 1 of 3

entered on the Docket on December 7, 2009, docket number 87 (the "Marin Mortgage Bankers Protective Order"), is hereby modified such that the documents, testimony and information protected by the Marin Mortgage Bankers Protective Order may be disclosed to Tony Manning. This modification of the Marin Mortgage Bankers Protective Order is effective immediately.

2. The Stipulated Protective Order signed in this action on December 4, 2009 and entered on the Docket on December 7, 2009, docket number 88 (the "Performing Arts Protective Order"), is hereby modified such that the documents, testimony and information protected by the Performing Arts Protective Order (the "Performing Arts Evidence") may be disclosed to Tony Manning. This modification is effective thirty days after the April 8, 2011 hearing of this matter, i.e., the modification of the Performing Arts Protective Order shall be effective May 9, 2011. In the event any party seeks a protective order, moves to compel, or files any motion in the San Francisco Superior Court with respect to the disclosure of the Performing Arts Evidence, any other party may inform the San Francisco Superior Court that (as stated on the record at the hearing of this matter) this Court has held that there is no bankruptcy purpose in protecting the Performing Arts Evidence against disclosure to Mr. Manning.

**\*\*END OF ORDER.\*\***

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

653499.153376.1

2
ORDER MODIFYING PROTECTIVE ORDERS

Case: 09-32014    Doc# 161    Filed: 04/26/11    Entered: 04/27/11 13:19:26    Page 2 of 3

Submitted By:

DATED: April 21, 2011                    COOPER, WHITE & COOPER LLP


                                         By:  */s/Jill B. Rowe*
                                              Jill B. Rowe
                                              Attorneys for Tony Manning

Approved as to form.


DATED: April 21, 2011                    LAW OFFICES OF GARY A. ANGEL


                                         By:  */s/Frear Stephen Schmid*
                                              Frear Stephen Schmid
                                              Attorneys for Performing Arts, LLC

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

653499.153376\_1

3
ORDER MODIFYING PROTECTIVE ORDERS

Case: 09-32014    Doc# 161    Filed: 04/26/11    Entered: 04/27/11 13:19:26    Page 3 of 3